21mc32



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80791-CIV-CANNON

ABALITH HOLDINGS LIMITED,
a Republic of Cyprus Corporation,

    Petitioner,

v.

JOSTEIN EIKELAND, an individual,

    Respondent.

_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** comes before the Court upon Petitioner Abalith Holdings Limited's Motion for Entry of Default Judgment against Respondent Jostein Eikeland ("Motion") [ECF No. 9]. The Court granted the Motion in a separate Order [ECF No. 10]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court hereby **ENTERS THIS SEPARATE FINAL JUDGMENT.**

Accordingly, the Court **ORDERS AND ADJUDGES** as follows:

1. Final default judgment is hereby entered in favor of the Petitioner, Abalith Holdings Limited, and against the Respondent, Jostein Eikeland, in the amount of USD $9,008,704.66, with interest at the rate of 5% per annum until the date of full payment.

2. Final default judgment is hereby entered in favor of the Petitioner, Abalith Holdings Limited, and against the Respondent, Jostein Eikeland, in the amount of USD $1,422.00, for attorney's fees and costs incurred by Petitioner in litigating this matter.

3. The Clerk is directed to **CLOSE** this case.



CASE NO. 21-80791-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 28th day of July 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record

2